# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 10, 2018

Stephen J. Markman,
*Chief Justice*

157821(104)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
*Justices*

*In re* MGR, Minor.

SC: 157821
COA: 338286, 340203
Oakland CC Family Div:
   2016-842995-AD

_____/

     On order of the Chief Justice, the motion to extend the time for filing the brief amicus curiae of the Academy of Adoption and Assisted Reproduction Attorneys is GRANTED IN PART. The amicus brief will be accepted as timely filed if submitted on or before August 20, 2018.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 10, 2018



Clerk